UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE L. CRISP, III, | No. 2:17-cv-0580 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| J. BARRETTO, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff seeks leave to proceed in forma pauperis ("IFP") in this case.

While he was incarcerated, plaintiff submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). However, plaintiff's change of address filed on June 5, 2017 indicates that plaintiff is no longer incarcerated. If plaintiff still wishes to proceed IFP, he must submit an updated application under § 1915(a)(1). See DeBlasio v. Gilmore, 315 F.3d 396, 398 (4th Cir. 2003); Adler v. Gonzalez, No. 1:11-cv-1915-LJO-MJS (PC), 2015 WL 4041772, at *2 (E.D. Cal. July 1, 2015), report and reco. adopted, 2015 WL 4668668 (E.D. Cal. Aug. 6, 2015).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within 30 days of the date of this order, plaintiff shall either
   a. Submit an updated application to proceed IFP in accordance with 28 U.S.C. 1915(a)(1); or

1

      b. Pay the $400 filing fee in full.

2. Failure to submit an updated application or pay the filing fee will result in a recommendation that this action be dismissed without prejudice for failure to prosecute and failure to obey a court order.

Dated: June 19, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/cris0580.ifp update